UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JIMMIE ROBERT GRAHAM, III, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV420-288 |
| Chatham County Sheriff's Detention Center, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court previously directed *pro se* plaintiff Jimmie Robert Graham, III to file an Amended Complaint. *See* doc. 10 at 7. He has not complied with that Order. *See generally* docket. He has also failed to keep the Court apprised of his current address in violation of S.D. Ga. L.R. 11.1 ("Each attorney and pro se litigant has a continuing obligation to apprise the Court of any address change."). *See* doc. 11.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v.*

*Tallahassee Police Dept.*, 2006 WL 3307444, *1 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c).

Plaintiff's disregard of this Court's Order and Local Rules warrants dismissal of this action under Rule 41(b). No sanction short of dismissal appears appropriate given his failure to show any interest in participating in this action. *Mingo*, 864 F.2d at 102; *Goforth v. Owens*, 766 F.2d 1533, 1534-35 (11th Cir. 1985). Accordingly, this case is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 3rd day of March, 2023.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA